```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Alvin Suarez, on behalf of himself and all others similarly situated,**

                                        **Plaintiff,**

                    **-against-**

**Nimble For Good, PBC,**

                                        **Defendant.**

**1:24-cv-06931 (DEH) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case has been referred to the undersigned for general pretrial management. (Order, ECF No. 6.) The parties are directed to appear for a telephone conference on Wednesday, October 23, 2024, at 11:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. If Plaintiff's counsel has been in communication with Defendant, Plaintiff's counsel shall advise Defendant of the scheduling of the conference. If Defendant has not appeared as of the date of the telephone conference, Plaintiff still is required to appear.

**SO ORDERED.**

Dated:      New York, New York
            October 16, 2024

_____
STEWART D. AARON
United States Magistrate Judge