```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Alvin Suarez, on behalf of himself and all others similarly situated,**

       **Plaintiff,**

  -against-

**Nimble For Good, PBC,**

       **Defendant.**

**1:24-cv-06931 (DEH) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  Following a telephone conference today, for which only Plaintiff appeared, it is hereby Ordered as follows: if Defendant has not appeared in this action prior to November 25, 2024, Plaintiff shall, on that date, seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

Dated:  New York, New York
     October 23, 2024

            _____
            STEWART D. AARON
            United States Magistrate Judge